UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

STERLING SAVINGS BANK,

    Plaintiff,

    v.

AIR WISCONSIN AIRLINES CORPORATION

    Defendant.

AIR WISCONSIN AIRLINES CORPORATION

    Third Party Plaintiff,

UNITED ENERGY, INC.

    Third Party Defendant.

No. CV-05-071-FVS

ORDER

**THE COURT** having ordered United Energy, Inc., to explain, by noon on January 13, 2006, why its motion to dismiss (Ct. Rec. 18) should not be denied and why Air Wisconsin Airlines Corporation's motion for attorneys' fees (Ct. Rec. 64) should not be granted; the Court having warned United Energy, Inc., of the consequences of failing to file timely explanations; and United Energy, Inc., having failed to do so; Now, therefore

ORDER - 1

**IT IS HEREBY ORDERED:**

1. The motion to dismiss brought by United Energy, Inc., (**Ct. Rec. 18**) is denied.

2. The motion for attorneys' fees brought by Air Wisconsin Airlines Corporation (**Ct. Rec. 64**) is granted.  In granting this motion, the Court finds:

   (a) the amount of time Air Wisconsin's attorneys devoted to seeking the disputed discovery was reasonable, and

   (b) the hourly rates at which the time was billed are reasonable.

3. United Energy, Inc., shall pay Air Wisconsin Airlines Corporation the sum of fifteen thousand one hundred ten ($15,110.00) dollars.

4. The motions to withdraw brought by Louis B. Byrd, Jr., (**Ct. Recs. 76, 78**) are granted effective 5:00 p.m. on February 3, 2006. Until that time, he will remain counsel of record for United Energy, Inc.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this   19th   day of January, 2006.

                                      s/ Fred Van Sickle
                                        Fred Van Sickle
                            United States District Judge