WILLIAM D. HYSLOP
LUKINS & ANNIS, P.S.
1600 Washington Trust Financial Center
717 W Sprague Ave
Spokane, WA 99201-0466
(509) 455-9555
WSBA #11256

Attorneys for Defendant/Third-Party Plaintiff
AIR WISCONSIN AIRLINES COMPANY

HON. FRED VAN SICKLE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

STERLING SAVINGS BANK,

    Plaintiff,

v.

AIR WISCONSIN AIRLINES
CORPORATION,

    Defendant.

_____

AIR WISCONSIN AIRLINES
CORPORATION, a Delaware
corporation,

    Third Party Plaintiff,

v.

UNITED ENERGY, INC., an Oregon
corporation,

    Third Party Defendant.

NO. CV-05-0071-FVS

DEFAULT JUDGMENT
AND JUDGMENT AGAINST
UNITED ENERGY, INC.

EXH 1  PAGE 1

DEFAULT JUDGMENT: 1

K:\A\AIR024302\00001\PLDG\DEFAULT - JUDGMENT-051105-MTR-WDH.DOC 5/25/06

LAW OFFICES
LUKINS & ANNIS
A PROFESSIONAL SERVICE CORPORATION
1600 WASHINGTON TRUST FINANCIAL CENTER
717 W SPRAGUE AVE
SPOKANE, WA 99201-0466
(509) 455-9555

This matter coming on regularly for hearing on the Motion by Defendant/Third-Party Plaintiff Air Wisconsin Airlines Corporation ("AWAC") for the entry of a Default Judgment and Judgment against Third-Party Defendant United Energy, Inc. ("UEI");

And it appearing from the files and the records of this Court that venue and jurisdiction in U. S. District Court, Eastern District of Washington is proper, pursuant 28 USC §§ 1332 and 1441;

And it appearing from the files and the records of this Court that an Order of Default of UEI has theretofore been entered by the Clerk of the Court on May 24, 2006 (Ct. Rec. 93).

And it appearing from the files and the records of this Court and the Affidavits of William D. Hyslop and Rose Lussier filed herein, a sum certain of the amount for entry of a default judgment can be made against UEI;

In accordance with Fed. R. Civ. P. 55 (b), it is hereby ordered:

1.      That Defendant/Third-Party Plaintiff AWAC does have and recover from the Third-Party Defendant UEI a Default Judgment and Judgment in the principal sum of $610,075.05, with pre-judgment interest thereon at the rate of 12% per annum computed from October 21, 2004 to April 30, 2006, in the sum of $118,864.22; additional pre-Judgment interest on the principal sum from May 1, 2006 to the date of this Judgment at the rate of 12% per annum is the sum of $ 6,618.83 ; plus attorneys fees in the sum of $15,110.00, as ordered by this Court as sanctions against

DEFAULT JUDGMENT: 2

LAW OFFICES
LUKINS & ANNIS
A PROFESSIONAL SERVICE CORPORATION
1600 WASHINGTON TRUST FINANCIAL CENTER
717 W SPRAGUE AVE
SPOKANE, WA 99201-0466
(509) 455-9555

UEI, said Order entered with this Court on January 19, 2006 (Ct. Rec. 80); pre-Judgment interest on said awarded attorneys fees at the rate of 12% per annum computed from January 19, 2006 to April 30, 2006, in the sum of $506.70; additional pre-Judgment interest on the award of attorney fees from May 1, 2006 to the date of this Judgment at the rate of 12% per annum in the sum of $ 163.93 ; plus costs as set forth in the Bill of Costs in the sum of $295.00; for a Default Judgment and Judgment in the total sum of $ 751,633.73 ;

2. Interest is awarded and shall accrue on the aforementioned total sum from the date of entry of this Default Judgment and Judgment until fully paid at the rate equal to the weekly average 1-year constant maturity Treasury yield for the week of entry of the Judgment, pursuant to 28 U.S.C. §1961(a) and the federal reserve government releases.

ENTERED THIS DATE ___2nd day of June___, 2006.

s/ Fred Van Sickle
HON. FRED VAN SICKLE

Presented by:

s/ [signature]
WILLIAM D. HYSLOP, WSBA# 11256
Attorney for Defendant and Third-Party Plaintiff
AIR WISCONSIN AIRLINES CORPORATION
Lukins & Annis, P.S.
717 West Sprague Avenue, Suite 1600
Spokane, Washington 99201-0466
Telephone: (509) 455-9555
Facsimile: (509) 747-2323
Email: whyslop@lukins.com

DEFAULT JUDGMENT: 3

K:\A\AIR024302\00001\PLDG\DEFAULT - JUDGMENT-051105-MTR-WDH.DOC 5/25/06

LAW OFFICES
**LUKINS & ANNIS**
A PROFESSIONAL SERVICE CORPORATION
1600 WASHINGTON TRUST FINANCIAL CENTER
717 W SPRAGUE AVE
SPOKANE, WA 99201-0466
(509) 455-9555

## Certificate of Service

I hereby certify that on *May 25*, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Mr. Leslie R. Weatherhead
Witherspoon, Kelley, Davenport & Toole
1100 US Bank Bldg
422 W Riverside
Spokane, WA 99201-0302
Co-Counsel for Plaintiff Sterling Savings Bank

Mr. Ryan M. Beaudoin
Witherspoon, Kelley, Davenport & Toole
1100 US Bank Bldg
422 W Riverside
Spokane, WA 99201-0302
Co-Counsel for Plaintiff Sterling Savings Bank

s/ *William D. Hyslop*
WILLIAM D. HYSLOP, WSBA# 11256
Attorney for Defendant and Third-Party Plaintiff
AIR WISCONSIN AIRLINES CORPORATION
Lukins & Annis, P.S.
717 West Sprague Avenue, Suite 1600
Spokane, Washington 99201-0466
Telephone: (509) 455-9555
Facsimile: (509) 747-2323
Email: whyslop@lukins.com

DEFAULT JUDGMENT: 4

K:\A\AIR024302\00001\PLDG\DEFAULT - JUDGMENT-051105-MTR-WDH.DOC 5/25/06

LAW OFFICES
LUKINS & ANNIS
A PROFESSIONAL SERVICE CORPORATION
1600 WASHINGTON TRUST FINANCIAL CENTER
717 W SPRAGUE AVE
SPOKANE, WA 99201-0466
(509) 455-9555

AO 133    (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

EASTERN District of WASHINGTON

Sterling Savings Bank
v.
Air Wisconsin Airlines Corporation
- - - - - - - - - - - - - - - - -
Air Wisconsin Airlines Corporation
v.
United Energy, Inc.

**BILL OF COSTS**

Case Number: CV-05-0071-FVS

Judgment having been entered in the above entitled action on _____, 2006 against United Energy, Inc., the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ..filing fee............................. | $ 250.00 |
| Fees for service of summons and subpoena ....................... | 45.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing ........................... | |
| Fees for witnesses (itemize on reverse side) ..................... | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ........ | |
| Docket fees under 28 U.S.C. 1923 ............................. | |
| Costs as shown on Mandate of Court of Appeals .................. | |
| Compensation of court-appointed experts ....................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) ................................. | |
| TOTAL | $ 295.00 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: See Certificate of Service attached.

Signature of Attorney: _____

Name of Attorney: WILLIAM D. HYSLOP

For: AIR WISCONSIN AIRLINES CORPORATION          Date: 5/25/06
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
Clerk of Court                   Deputy Clerk                     Date

EXH 2 PAGE 1

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."


EXH___2___ PAGE___2___

## Certificate of Service

I hereby certify that on May 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Mr. Leslie R. Weatherhead
Witherspoon, Kelley, Davenport & Toole
1100 US Bank Bldg
422 W Riverside
Spokane, WA  99201-0302
Co-Counsel for Plaintiff Sterling Savings Bank

Mr. Ryan M. Beaudoin
Witherspoon, Kelley, Davenport & Toole
1100 US Bank Bldg
422 W Riverside
Spokane, WA  99201-0302
Co-Counsel for Plaintiff Sterling Savings Bank

s/ [signature]
WILLIAM D. HYSLOP, WSBA# 11256
Attorney for Defendant and Third-Party Plaintiff
AIR WISCONSIN AIRLINES CORPORATION
Lukins & Annis, P.S.
717 West Sprague Avenue, Suite 1600
Spokane, Washington 99201-0466
Telephone: (509) 455-9555
Facsimile: (509) 747-2323
Email: whyslop@lukins.com

EXH xxx2xxxxxx PAGE xxx2xxxxx

5/24/06