UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STERLING SAVINGS BANK, | No.  CV-05-071-FVS |
| Plaintiff(s), | **JUDGMENT IN A CIVIL CASE** |
| vs. | |
| AIR WISCONSIN AIRLINES CORPORATION, | |
| Defendant(s). | |
| AIR WISCONSIN AIRLINES CORP., a Delaware corporation, | |
| Third-Party Plaintiff, | |
| vs. | |
| UNITED ENERGY, INC., an Oregon corporation, | |
| Defendant. | |

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that AWC's Motion for Summary Judgment is denied.  Sterling's Motion for Summary Judgment is granted.  Judgment is entered in favor of Sterling Savings Bank.

DATED:  May 9, 2007            JAMES R. LARSEN, CLERK

                                             by    s/Linda Emerson
                                                    Linda Emerson, Deputy Clerk

JUDGMENT IN A CIVIL CASE