# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| STERLING SAVINGS BANK, | ) | |
| | ) | No.     CV-05-071-FVS |
| | ) | |
| Plaintiff(s), | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| AIR WISCONSIN AIRLINES | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant(s). | ) | |
| ———————————————— | ) | |
| | ) | |
| AIR WISCONSIN AIRLINES CORP., | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED ENERGY, INC., an Oregon | ) | |
| corporation, | ) | |
| Defendant. | ) | |
| ———————————————— | ) | |

This action came to hearing before the Court.  The issues have been heard and

a decision has been rendered.

IT IS ORDERED AND ADJUDGED that  AWAC's Motion for Summary Judgment
is denied.  Sterling's Motion for Summary Judgment is granted.  Judgment is entered in
favor of Sterling Savings Bank.

DATED:  June 25, 2007          JAMES R. LARSEN, CLERK


by ____s/Linda Emerson_____
          Linda Emerson, Deputy Clerk

AMENDED JUDGMENT IN A CIVIL CASE